IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:07CR402 |
| ) | |
| v. ) | |
| ) | ORDER |
| LORENZO VIEZCAS-SOTO, ) | |
| ) | |
| Defendant. ) | |

Before the court is the defendant's motion, Filing No. 30, for leave to proceed in forma pauperis ("IFP") on direct appeal from his conviction and sentence. *See* Fed. R. App. P. 24(a). The defendant filed his timely notice of appeal on May 26, 2008. *See* Filing No. 29. Additionally, before the court is defense counsel Bassel F. El-Kasaby's Motion to Withdraw, Filing No. 31.

In the affidavit in support of his motion to proceed IFP on appeal, the defendant establishes his inability to pay fees and costs or to give security therefor, suggests the issues he intends to present on appeal, and claims that he entitled to redress. Fed. R. App. P. 24(a)(1)(A)-(C). For good cause shown, the motion to withdraw is granted and Bassel F. El-Kasaby is allowed to withdraw as attorney of record for the defendant.

THEREFORE, IT IS ORDERED:

1. The defendant's motion to proceed in forma pauperis on appeal, Filing No. 30, is provisionally granted; and

2. The motion to withdraw, Filing No. 31, is granted and Bassel F. El-Kasaby is allowed to withdraw as attorney of record for the defendant.

DATED this 16th day of June, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge