IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                        )<br>                    Plaintiff,           )<br>                                                        )<br>vs.                                              )<br>                                                        )<br>                                                        )<br>LORENZO VIEZCAS-SOTO,       )<br>                    Defendant.      ) | Case No. 8:07CR402<br><br>ORDER TO WITHDRAW<br>          EXHIBITS |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

                Plaintiff exhibit 1 hearing held 5/16/08

                Defendant exhibit 101 hearing held 5/16/08

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 13th day of July, 2009.

                s/
                United States District Judge