IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:07CR402 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LORENZO VIEZCAS-SOTO, | ) | |
| | ) | |
| Defendant. | ) | |

On my own motion, I acknowledge receipt of a letter dated April 26, 2010, from the defendant. In his letter, the defendant challenges the basis for his conviction and sentence. Therefore, I will direct the Clerk of Court to docket the letter as a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion") and to send the defendant the appropriate forms for a § 2255 motion.

THEREFORE, IT IS ORDERED:

1. That the Clerk of Court shall file the defendant's letter as a § 2255 motion;

2. That the Clerk of Court shall mail to the defendant, at the return address on the envelope in which his letter arrived, the forms and instructions necessary to enable the defendant to file an Amended § 2255 motion; and

3. That by no later than **July 14, 2010,** the defendant shall file an Amended § 2255 motion using the forms supplied by the Clerk of Court.

DATED this 28th day of May, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge